IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Santos Canales,                                            :
                                                           :
       Plaintiff(s),                               :
                                                           :  Case Number: 1:09cv600
   vs.                                                  :
                                                           :  Chief Judge Susan J. Dlott
Warden, London Correctional Institution,                   :
                                                           :
       Defendant(s).                               :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on August 26, 2010 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 16, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, petitioner's motion to stay writ of habeas corpus proceedings (doc. 12) is **DENIED.** Petitioner is **GRANTED** an extension of time of twenty-one days to file his traverse to the return of writ.

IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____
                                              Chief Judge Susan J. Dlott
                                              United States District Court